# United States District Court
## for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Darrell Gene Briley</u>    Case Number: <u>3:09-00251</u>

Name of Judicial Officer: <u>The Honorable William J. Haynes, Jr., Chief U.S. District Judge</u>

Date of Original Sentence: <u>March 1, 2012</u>

Original Offense: <u>18 U.S.C. § 922 (g)(1) and 924 Felon in Possession of a Firearm</u>

Original Sentence: <u>5 years' probation</u>

Type of Supervision: <u>Probation</u>    Date Supervision Commenced: <u>March 1, 2012</u>

Assistant U.S. Attorney: <u>William Lee Deneke</u>    Defense Attorney: <u>R. David Baker</u>

**THE COURT ORDERS:**

☑ No Action *as recommended*

☐ Submit a Petition for Summons

☐ Submit a Petition for Warrant

☐ Other

Considered this _13th_ day of _July_ , 2013,
and made a part of the records in the above case.

_____
William J. Haynes, Jr.
Chief U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Joshua Smith
U.S. Probation Officer

Place    Nashville, Tennessee

Date

July 10, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|

**1.**     **The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**

Mr. Briley informed the probation officer on June 18, 2013, that three co-workers spent the night at his home on occasion, in order to be prepared to leave early in the morning for work purposes. One of the individuals was Terry Jordan, who was convicted of Rape of a Child in 1995. Upon reviewing the Tennessee Sex Offender Registry, Mr. Jordan listed the residence of Mr. Briley as his personal residence. Mr. Briley had not been given permission to associate with Mr. Jordan outside of work or to live at the same residence.

Mr. Jordan has since relocated and therefore is no longer living with Mr. Briley or listing his residence for sex offender registration purposes. The job that they were working together has since ended and Mr. Briley reports no further association.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Briley began probation on March 1, 2012. He is scheduled to terminate probation on February 28, 2017. He is employed by Sandra Chamberlain doing general labor and construction on her various properties. He also works as a mechanic, fixing cars at his residence.

A petition was submitted to the Court on August 20, 2012, requesting the use of electronic monitoring for home detention. Mr. Briley completed the year of home detention in March 2013.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that Mr. Briley be continued on probation with no further action at this time.

The U. S. Attorney's Office has been notified of this violation and concurs with this recommendation.

Approved: _____

Britton Shelton
Supervisory U.S. Probation Officer